UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MANUEL GUERRERO, individually and on behalf of himself and all similarly situated current and former employees,

          18-cv-1538 (GHW)

      Plaintiff,

-against-

RITE CHECK CASHING, INC. and JOSEPH COLEMAN,

      Defendants.
----------------------------------------------------------------X

## MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE

Plaintiffs and Defendants, by and through their counsel, move this Honorable Court for an Order:

1. Scheduling a fairness hearing;

2. Approving the settlement of Plaintiff's claims against Defendants; and

2. Dismissing Plaintiff's claims against Defendants with prejudice.

This motion is based on the memorandum in support and the fully executed settlement agreement.

Dated: Jericho, New York
      November 19, 2018

          Respectfully submitted,

          /s/
          _____
          Brian J. Shenker
          SilvermanAcampora LLP
          100 Jericho Quadrangle, Suite 300
          Jericho, New York 11753
          (516) 479-6300
          bshenker@sallp.com