```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANUEL GUERRERO, individually and on
behalf of himself and all similarly situated          18-cv-1538 (GHW)
current and former employees,

                        Plaintiff,

   -against-

RITE CHECK CASHING, INC. and JOSEPH
COLEMAN,

                       Defendants.
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendants, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

**IT IS FURTHER STIPUATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendants, that the Court shall retain enforcement jurisdiction over this matter for the purpose of ensuring the Parties' compliance with the terms and conditions of the Settlement of this action.

| | |
|---|---|
| Dated: November 20, 2018 | Dated: November ____, 2018 |
| Law Offices of George T. Peters, PLLC, P.C. | Silverman Acampora, LLP |
| By: _____ | By: _____ |
| George Peters, Esq. | Brian J. Shenker, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2510 Valentine Ave., 3rd Floor | 100 Jericho Quadrangle, Suite 300 |
| Bronx, New York 10458 | Jericho, New York 11753 |
| (347) 751-0157 | (516) 479-6300 |

For the reasons stated on the record during the hearing held on November 30, 2018, the Court finds the parties' proposed settlement to be fair and reasonable. As noted on the record, however, the fee amount to be awarded to Plaintiff's counsel is reduced to $6,390.99. As further stated on the record, the Court orders that the difference between $6,390.99, the amount Plaintiff's counsel will receive in attorney's fees, and $6,666.66, the amount Plaintiff's counsel requested in attorney's fees, net of costs, is to be included in the settlement payment made to Plaintiff in accordance with the terms of the parties' settlement agreement. Accordingly, the settlement amount for Plaintiff is increased to $12,975.67. The Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: December 2, 2018
New York, New York

                       _____
                       GREGORY H. WOODS
                       United States District Judge